**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Ivan McKinney | 2:14-CV03564 |
| DEFENDANT | TYPE OF PROCESS |
| Lt. Pickel et al | "Summons Complaint" |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Lt. Pickel    Bergen County Jail

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
160 S. River Street Hackensack, N.J. 07601    Bergen County Jail

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Plaintiff
Ivan G. McKinney #600134
New Jersey State Prison
P.O. Box 861
Trenton, N.J. 08625

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 5 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Bergen County Jail

(Stamp: CLERK U.S. DISTRICT COURT DISTRICT OF NEW JERSEY RECEIVED 2015 JUL -1 P)

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
_Ivan McKinney_ Plaintiff
TELEPHONE NUMBER: None
DATE: 05-19-15

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 5 | 50 | 50 | P. Wdee | 5/28/15 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 5/29/15    Time: 8:30 ☒ am ☐ pm
Signature of U.S. Marshal or Deputy: _[signature]_ 1803

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $65.00 | $23.00 | | | | | |

REMARKS: 5/29/15: papers could not be taken by or served to Lt. Pickel. This person no longer works for the Bergen Co. Sheriff Dept. Location unknown

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)

14-CV-3564-1

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Ivan McKinney | COURT CASE NUMBER: 2:14-cv 03564 KM SCM |
| DEFENDANT: Warden Robert Biggott Bergen County | TYPE OF PROCESS: "Summons Complaint" |

**SERVE**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Warden - Robert Biggott  Bergen County Jail

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** 160 S. River Street Hackensack, N.J. 07601

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Plaintiff - Ivan McKinney #601321
New Jersey State Prison
P.O. Box 861
Trenton, N.J. 08625

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 5 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Bergen County Jail

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
Ivan McKinney
Ivan McKinney

TELEPHONE NUMBER: None
DATE: 05-19-15

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process: 5 | District of Origin No. 50 | District to Serve No. 50 | Signature of Authorized USMS Deputy or Clerk: Y. Wells | Date: 5/28/15 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 5/29/15
Time: 8:30 ☒ am ☐ pm
Signature of U.S. Marshal or Deputy: 1823

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $65.00 | $23.00 | | | | | |

REMARKS: 5/29/15: Papers could not be taken by or served to Warden Biggott. This person no longer works for the Bergen Co. Sheriff's Dept. Location is unknown.

**PRIOR EDITIONS MAY BE USED**    1. CLERK OF THE COURT    FORM USM-285 (Rev. 12/15/80)

14-cv-3564-2

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Ivan M<sup>c</sup>Kinney | 2:14-cv-03564 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Capt. Pawson | "Summons Complaint" |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Capt. Pawson Bergen County Jail

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** 160 S. River Street Hackensack, N.J. 07601

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Plaintiff
Ivan G. McKinney #601321
New Jersey State Prison
P.O. Box 861
Trenton, N.J. 08625

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 5
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Bergen County Jail

Signature of Attorney or other Originator requesting service on behalf of:
Plaintiff - Ivan M<sup>c</sup>K---
☐ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: None
DATE: 05-19-15 / 05-19-15

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 5
District of Origin No.: 50
District to Serve No.: 50
Signature of Authorized USMS Deputy or Clerk: [signature]
Date: 5/28/15

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☑ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 5/29/15
Time: 8:30 am
Signature of U.S. Marshal or Deputy: [signature] 1823

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $65.00 | 23.00 | | | | | |

REMARKS: 5/29/15: Papers could not be taken by or served to Capt. Pawson. This person no longer works for the Bergen Co. Sheriff Dept. Location unknown.

PRIOR EDITIONS MAY BE USED        **1. CLERK OF THE COURT**        FORM USM-285 (Rev. 12/15/80)

14-CV-3564-3