Ivan G. McKinney #601321
New Jersey State Prison
P.O. Box 861
Trenton, N.J. 08625

United States District Court
Attn. Clerk's Office
50 Walnut Street
Newark, N.J. 07101

Case No. 2:14-CV-03564

Dear Clerk:      01-07-16

I am writing in regards to the above captioned matter. It is my desire that you file a default judgement on Captain Davies in this case. He has been served for quite sometime and no lawyer has made a filing of representation. I thank you for your anticipated resolve.

RECEIVED
JAN 14 2016
AT 8:30
WILLIAM T. WALSH, C...

Sincerely yours,
Ivan McKinney

Hon. Judge Kevin McNuly

N.J.S.P.
P.O. Box 861
Trenton, N.J. 08625

John 3:16
Legal-Mail

United States District Court
Attn. Clerk's Office
50 Walnut Street
Newark, N.J. 07101

RECEIVED
JAN 14 2016
AT 8:30 ___
WILLIAM T. WALSH, CLERK