UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
(973) 776-7700

CHAMBERS OF
**JAMES B. CLARK, III**
**UNITED STATES MAGISTRATE JUDGE**

U.S. COURTHOUSE
2 FEDERAL SQUARE, ROOM 369
NEWARK, NJ 07101

October 26, 2016

**LETTER ORDER**

Re:  **McKinney v. Hemsley, et al.**
     Civil Action No. 14-3564 (KM)

Dear Mr. McKinney and Counsel:

As discussed during the telephone conference held in this matter earlier today, the Court orders the following:

1) Fact discovery shall be completed by **January 31, 2017**.

2) The Court will conduct a telephone status conference with the parties on **January 18, 2017 at 10:30 AM**. Counsel for Defendant shall initiate the call.

**IT IS SO ORDERED.**

　　s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**