**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(973) 776-7700

CHAMBERS OF
**JAMES B. CLARK, III**
**UNITED STATES MAGISTRATE JUDGE**

U.S. COURTHOUSE
2 FEDERAL SQUARE, ROOM 369
NEWARK, NJ 07101

January 18, 2017

**LETTER ORDER**

Re:   **McKinney v. Hemsley, et al.**
        **Civil Action No. 14-3564 (KM)**

Dear Mr. McKinney and Counsel:

As discussed during the telephone conference held in this matter earlier today, and for the reasons set forth on the record, the Court orders the following:

1) The issues raised in Plaintiff's letter filed on January 5, 2017 [Dkt. No. 51] have been resolved.

2) Remaining Fed. R. Civ. P. 26 disclosures shall be exchanged by **February 15, 2017**.

3) Remaining interrogatories and document requests shall be served by **February 28, 2017**, and shall be responded to by **March 31, 2017**.

4) Written fact discovery shall be completed by **April 14, 2017**. Deposition discovery shall be stayed.

5) The Court will conduct a telephone conference with the parties on **April 12, 2017 at 11:30 AM**. Counsel for Defendant Davies shall initiate the call.

**IT IS SO ORDERED.**

    s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**