UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
(973) 776-7700

CHAMBERS OF
**JAMES B. CLARK, III**
**UNITED STATES MAGISTRATE JUDGE**

U.S. COURTHOUSE
2 FEDERAL SQUARE, ROOM 369
NEWARK, NJ 07101

January 19, 2017

## LETTER ORDER

Re:  **McKinney v. Hemsley, et al.**
     **Civil Action No. 14-3564 (KM)**

Dear Mr. McKinney and Counsel:

Currently pending before the Court is Defendants Pawson, Pikel, Bigott's motion to dismiss the complaint and Defendant Davies' leave to answer or otherwise plead out of time [Dkt. No. 46]. With respect to Defendant Davies' request for leave to answer or otherwise plead out of time, for the reasons set forth in the moving papers, such request is GRANTED. Within **ten (10)** days from the entry of this Order, Defendant Davies shall answer, move, and/or join in the aforementioned motion.

**IT IS SO ORDERED.**

   s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**