THE LAW OFFICES OF
# RICHARD MALAGIERE
A PROFESSIONAL CORPORATION
www.malagierelaw.com

| **Richard Malagiere** | 250 MOONACHIE ROAD | WHITEHALL BUILDING | *OF COUNSEL* |
|---|---|---|---|
| *Member NJ & NY Bar* | SUITE 102 | 17 BATTERY PLACE, STE., 610 | |
| *Registered Patent Attorney* | MOONACHIE, NJ 07074 | NEW YORK, NY 10004 | **Lawrence D. Mandel** |
| **rm@malagierelaw.com** | 201.440.0675 | 212.879.5580 | *Member NJ & PA Bar* |
| | FAX: 201.440.1843 | 212.879.5583 | |
| | | | **Leonard E. Seaman** |
| | | | *Member NJ Bar* |
| | **\*REPLY TO NJ OFFICE** | | **les@malagierelaw.com** |
| | | | |
| | | | **Vincent P. Trovini** |
| | | | *Member NJ Bar* |

January 24, 2017

**VIA ECF**
William T. Walsh, Clerk of Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

       Re:    Ivan McKinny v. Dr. Helmsley
                Civil Action No.:  2:14-cv-03564-KM-JBC

Dear Mr. Walsh:

      This office represents Defendants, Defendants, Capt. Pawson, Lt. Pikel, Wardon Bigott, and Capt. Davies in the above-captioned matter.  Our clients previously filed a Motion to Dismiss or for a More Definite Statement and to allow Capt. Davies to Answer or otherwise plead out of time.  (Dkt. #46)

      By letter order dated January 19, 2017, Magistrate Judge Clark granted Capt. Davies' motion for leave to answer or plead.  (Dkt # 53)  The Order provided the Capt. Davies was to file an answer, move, and/or join in the pending motion within 10 days.

      Kindly accept this letter on behalf of Capt. Davies to join in the pending motion to dismiss or for a more definite statements for the reasons set forth in the original moving papers.

                                                        Respectfully submitted.

                                                        /s/ Leonard E. Seaman
                                                        LEONARD E. SEAMAN

LES:ap
Cc:    Ivan McKinney (via ECF)
          All Counsel (via ECF)
          Client (via email)