## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IVAN G. McKINNEY, | : |
|            Plaintiff | :    Civil Action No: 14-cv-03564-KM-JBC |
| -vs- | : |
| DR. HEMSLEY; CAPT PAWSON; LT. PICKEL; WARDEN BIGOTT; and CAPT DAVIES, | : |
|            Defendants | : |

## NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT DR. HEMSLEY

Please enter my appearance on behalf of defendant Dr. Hemsley.

                                                BY: s/ Martin J. McAndrew
                                                    MARTIN J. McANDREW
                                                    O'CONNOR KIMBALL LLP
                                                    51 Haddonfield Road, Suite 330
                                                    Cherry Hill, NJ 08054
                                                    (856) 663-9292,   Fax (856) 663-6566
                                                    e-mail: MMcAndrew@okllp.com
                                                    Attorneys for Defendant Dr. Hemsley

February 10, 2017