**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
**(973) 776-7700**

CHAMBERS OF
**JAMES B. CLARK, III**
**UNITED STATES MAGISTRATE JUDGE**

U.S. COURTHOUSE
2 FEDERAL SQUARE, ROOM 369
NEWARK, NJ 07101

April 5, 2017

## LETTER ORDER

Re:   **McKinney v. Hemsley, et al.**
      **Civil Action No. 14-3564 (KM)**

Dear Mr. McKinney and Counsel:

In light of Defendants' pending motion to dismiss [Dkt. No. 46], the telephone status conference scheduled in this matter for **April 12, 2017 at 11:30 AM** is adjourned to **June 14, 2017 at 10:30 AM**.

**IT IS SO ORDERED.**

　　　　　　　s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**