<div style="text-align:center">

**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(973) 776-7700

</div>

<div style="display:flex; justify-content:space-between">

CHAMBERS OF
**JAMES B. CLARK, III**
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
2 FEDERAL SQUARE, ROOM 369
NEWARK, NJ 07101

</div>

July 11, 2017

<div style="text-align:center">

**LETTER ORDER**

</div>

Re:   **McKinney v. Hemsley, et al.**
       **Civil Action No. 14-3564 (KM)**

Dear Mr. McKinney and Counsel:

As discussed during the telephone conference held in this matter on July 10, 2016, and for the reasons set forth on the record, the Court orders the following:

1) Written discovery in this matter is complete as to Defendant Hemsley. Plaintiff may serve interrogatories limited to **thirty (30)** single questions, and **thirty (30)** requests for production of documents on the remaining Defendants by no later than **August 10, 2017**. If Plaintiff fails to timely serve the above discovery requests, Plaintiff will have forfeited his right to conduct written discovery as to those Defendants.

2) Counsel for Defendant Hemsley shall provide the remaining Defendants with copies of all discovery received from Plaintiff in this matter.

3) All other discovery in this matter is stayed.

4) The Court will conduct a telephone status conference with the parties on **October 19, 2017 at 10:00 AM**. Counsel for Defendant Hemsley shall initiate the call.

**IT IS SO ORDERED.**

   s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**