UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
(973) 776-7700

CHAMBERS OF
**JAMES B. CLARK, III**
**UNITED STATES MAGISTRATE JUDGE**

U.S. COURTHOUSE
2 FEDERAL SQUARE, ROOM 369
NEWARK, NJ 07101

November 15, 2017

## LETTER ORDER

Re:   **McKinney v. Hemsley, et al.**
        **Civil Action No. 14-3564 (KM)**

Dear Mr. McKinney and Counsel:

As discussed during the telephone conference held in this matter earlier today, and for the reasons set forth on the record, the Court orders the following:

1) Responses to all extant written discovery shall be served by **December 15, 2017**.

2) To the extent that Defendants wish to serve additional requests for written discovery, they shall submit a written request to the Court seeking permission to do so by no later than **November 30, 2017**.

3) Fact discovery shall be completed by **January 31, 2018**. Any depositions taken by Plaintiff shall be conducted by written questions in accordance with Federal Rule of Civil Procedure 31. Plaintiff shall be limited to fifty (50) questions.

4) The Court will conduct a telephone status conference with the parties on **February 6, 2018 at 9:30 AM**. Counsel for Defendant Hemsley shall initiate the call.

**IT IS SO ORDERED.**

              s/ James B. Clark, III
        **JAMES B. CLARK, III**
        **United States Magistrate Judge**