**UNITED STATES DISTRICT COURT**

DISTRICT OF NEW JERSEY

**(973) 776-7700**

| | |
|---|---|
| CHAMBERS OF<br>**JAMES B. CLARK, III**<br>**UNITED STATES MAGISTRATE JUDGE** | U.S. COURTHOUSE<br>2 FEDERAL SQUARE, ROOM 369<br>NEWARK, NJ 07101 |

February 6, 2018

<u>**LETTER ORDER**</u>

Re:  <u>McKinney v. Hemsley, et al.</u>
     Civil Action No. 14-3564 (KM)

Dear Mr. McKinney and Counsel:

As discussed during the telephone conference held in this matter earlier today, and for the reasons set forth on the record, the Court orders the following:

1) Fact discovery in this matter shall be completed by **March 31, 2018**. There will be **NO FURTHER EXTENSIONS** of this deadline.

2) The Court will conduct a telephone status conference with the parties on **April 9, 2018 at 9:30 AM**. Counsel for Defendant Hemsley shall initiate the call.

**IT IS SO ORDERED.**

    s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**