Ivan G. McKinney #601321
N.J.S.P.
P.O. Box 861
Trenton, NJ 08625

United States District Court
Attn. Clerk's Office
50 Walnut Street
Newark, NJ 07102

01-31-18

Civil Action
2:14 NO.
-CV-03564

Dear Clerk:

Please be advised I have enclosed a copy of depositions questions of, Warden Bigott, & Capt. Davies, Dr. Hemsley. As per the Judge's order due 01-31-18.

CC: Hon. Magistrate
Judge James B. Clark
Leonard Seaman ESQ.

Sincerely yours,
Ivan McK



Ivan G. McKinney #601321
N.J.S.P.
P.O. Box 861
Trenton, NJ 08625

John 3:16
Legal-Mail

U.S. District Court
Attn. Clerk's Office
50 Walnut St
Newark, NJ 07101