Dear Hon. Magastrate James. B. Clark: 03-12-18

How are you doing? I pray that all is well. On tonight Mr. McAndrew ESQ, sent me a letter. He stated as-per Rule 31(B) I was suppose to let him know, if I was using my own Court Reporter. He was on the phone when you said I could do 50 written Questions. This is another stall tactic and I don't know what to do. You gave us a drop dead, 03-31-18 dead line on discovery. Also, Mr. Seaman has not even turned over deposition answers for Warden Bigott, and Captain Pawson. It is already 03-12-18 what do I do. I'm going to file ethics charges on how they are bullying me as a Pro Se litigant. Please advised me the direction of the Court on these stall tactics, discovery withholdings, and my recourse. Thank you so much.

CC:
Leonard Seaman ESQ
Martin McAndrew ESQ

Docket#
14-03564

Sincerely yours,
Elva M.

Ivan G. McKinney #601321
N.J.S.P.
P.O. Box 861
Trenton, N.J. 08625

Law Offices of O'Conner Kimball LLP   Docket #
51 Haddonfield Road                    14-03564
Cherry Hill, N.J. 08002    03-12-18

Dear McAndrew:

On tonight I recieved a letter from you. You stated "as per Fed Rule 31(B) the party who noticed the Deposition must state the name or discriptive title and address of the officer [Court Reporter] before whom the deposition is being taken." You also stated I did not provide this information, and you did not know if I was using, and outside Court Reporter. You clearly heard Judge Clark tell me I had to do 50 written questions. This is not another stall tactic. You know Hon. Judge Clark gave us a dropdead date. I'm really shocked you and Mr. Seaman continue to manafacture these delays. I am deposing by written questions any way!

Sincerely yours,
Ivan M——

PS: I talk to you on the phone 02-23-18 and you could have asked me. Stall tactic!!!!!

cc:
Hon. Judge James B. Clark
Leonard Seaman ESQ.



Ivan G. McKinney #60132/
N.J.S.P.
P.O. Box 861
Trenton, N.J. 08625

John 3:16
Legal-Mail

U.S. District Court
Attn. Clerk's office/Hon
Judge James B. Clark
50 Walnut Street
Newark, N.J. 07101