Ivan G. McKinney #601321
N.J.S.P.
P.O. Box 861
Trenton, N.J. 08625

United States District Court
Attn. Hon. Judge, Michael A. Hammer
MLK BLDG and US Courthouse
50 Walnut Street
Newark, N.J. 07102

Dear Hon. Judge, Hammer:

As-per our 04-09-18 phone confrence, and your 04-13-18 order, Please accept these discovery request. On yesterday I wrote a letter sealing additional time to May 30, 2018 oppose to your order of 04-21-18. And Mr. Seaman was to answer 04-30-18 from your initial order, And in my second request I asked for him to answer 06-10-18. Please disregard that new request, I better get it out the way as someone gave me good advice. Some of My legal/Religious property was stolen, so I will make the best of my request. Thank you so much!

1. I would like to depose Asst Prosecutor David Calviello
2. I would like to depose Asst. Prosecutor Kathy Fantuzzi
3. I would like to depose Hon. Judge James Guida
4. I would like to depose Judge Guida's Clerk Dana Arcadia
5. I would like to depose Ms. Demarco from the media organazation in court that day
6. I would like to depose Asst. Prosecutor Maria Perez Rockfol
7. I would like to depose Lt. Russo NJ Parole Dept

(1)

8. I would like Judge Guida deposition for the Sentencing
9. A copy of Bergen County Sheriff's Dept Full Roster of officers Picture / Name that was employed July of 2013.
10. In the alternitive of #9 request a full Roster of all names of Bergen County Sheriff's Officer's Working July of 2013
11. A copy of all officers working in the Bergen County Superior Court on July 25, 2013 and July 26, 2013
12. Deposition of all officers working in Judge Guida's Court that day
13. Deposition of all employees in the Court on the day of the assault from: A. Bergen County Sheriffs Department B. New Jersey State Parole C. Bergen County Superior Court
14. Deposition of Sheriff Sardino at the time to Identify this Corporal
15. I would like OFF. Savino to identify his Seargent and Corporal who was in charge of him that day
16. I would like the court to order Bergen County Sheriff's Dept to identify all corporals who was assigned to the court house that day
17. I would like the court to order that all cameras be turned over: 1. Judge Guida's Court 2. The hallway outside his court. 3. The elevator outside his Court 3. The prisoner bullpen area in the basement.
18. The names of all prisoners that was listed in the basement bullpen that day
19. A copy of the Report Corp John Doe, OFF. John Doe, and OFF. Savino wrote when they removed plaintiff from the Court.
20. I ask that the court order OFF. Savino to say if Hon. Judge Guida ever ordered Mr. McKinney's removal from that court.

21. All reports any officer wrote in Refrence to Ivan McKinney in the courthouse that day of Sentencing

22. Deposition of Judge Guida's law clerk. I believe her last name was (Phonetic Lara Wlasserman).

23. A list of all defendant's sceduled in Judge Guida's Court on July 25, 2013. And their Lawyers/Prosecuters. And any probation/Parole officer's who was set to be in that Court that day

24. A list of all Corporal's who have retired in 2013 to 2016

Your honor, I make this request in good faith! Please forgive my interuption in asking for a delay. At this time I have still met the time frame. Judge Hammer, Mr. Seaman has talked to Kathy Fantuzzi, Dana Arcadia, and Ms. Demarco. So I definately need those deps. Last but not lease, I ask that you put a 250,000 Default Judgement against the sheriff of Bergen County, If he dont help us identify this Corporal. And any Sanctions or orders this Court deem appropriate. The Defense is wasting and has wasted enough of this court's time.

25. If the officers who claim plaintiff was being unruly in court that day, did not write a report, "why". Please order an answer

Sincerely yours,
Ivan McK

CC: Leonard Seaman ESQ.

(3)

26. A lot of off. Savino Responses was empty and evasive. As-per Interoggotory/Admissions. Please order more specific Answers.



Ivan G. M<u>c</u> Kinney
N.J.S.P. #661321
P.O. Box 861
Trenton, N.J. 08625

John 3:16
Legal-Mail

United States District Court
Attn. Clerk's Office
50 Walnut Street
Newark, N.J. 07102