UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
(973) 776-7700

**CHAMBERS OF**
**JAMES B. CLARK, III**
**UNITED STATES MAGISTRATE JUDGE**

**U.S. COURTHOUSE**
2 FEDERAL SQUARE, ROOM 369
NEWARK, NJ 07101

May 10, 2018

**LETTER ORDER**

Re:  **McKinney v. Hemsley, et al.**
     **Civil Action No. 14-3564 (KM)**

Dear Mr. McKinney and Counsel:

As discussed during the telephone conference held in this matter earlier today, and for the reasons set forth on the record, the parties are hereby given leave to file dispositive motions. The schedule for the same shall be as follows:

1) Any dispositive motions shall be filed by no later than **June 25, 2018**.

2) Responses to any such motions shall be filed by no later than **July 23, 2018**.

3) Replies, if any, shall be filed by **July 30, 2018**.

4) The motions shall be returnable on **August 6, 2018**.

**IT IS SO ORDERED.**

   s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**